IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Cr. No. 1:17CR10005 |
| v. | ) |
| KASEY NEWLEN | ) |
| Defendant. | ) |

**CONSENT ORDER**

WESTERN DISTRICT OF TN
FILED IN OPEN COURT:
DATE: 6-5-17
TIME: 10:07 AM
INITIALS: *[initials]*

The Defendant, and the United States, having agreed and consented to the Defendant's forfeiture and abandonment of the following items:

1. $707.72 in cash recovered from the Defendant's person on the date of his arrest
2. 6 rifle magazines recovered on the date of his arrest
3. HP Laptop computer model 15-AY041WM, serial number CND62182LJ

IT IS HEREBY ORDERED AND ADJUDGED, that the above referenced items be converted to the possession of the Jackson Police Department for its use.

This the 5th day of June, 2017.

_____
S. Thomas Anderson
Chief United States District Judge

Reviewed and Consented to by:

_____
BRUCE GRIFFEY
Counsel for the Defendant

_____
MATTHEW WILSON
Assistant U.S. Attorney

_____
KASEY NEWLEN

1